UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
ROWE ALI,                       :
                                      Civil Action No. 10-0554 (RMB)
          Petitioner,           :

     v.                         :   **ORDER**

WARDEN SEAN THOMAS,             :

          Respondent.           :   **CLOSED**
```

For the reasons set forth in the Opinion filed herewith,

IT IS on this **18th** day of **February 2010**,

**ORDERED** that Petitioner's application for leave to proceed in forma pauperis is **GRANTED**; and it is further

**ORDERED** that the Petition is DISMISSED WITHOUT PREJUDICE; and it is further

**ORDERED** that no certificate of appealability shall issue.

                              s/Renée Marie Bumb
                              Renée Marie Bumb
                              United States District Judge